OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 13308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST-CLASS

UNITED STATES POSTAGE

PITNEY BOWES

02 1R          $ 00.26⁵
0002003152      JAN 06 2015
MAILED FROM ZIP CODE 78701

12/31/2014
POOL, KENNETH RAY          Tr. Ct. No. 1263461-A          WR-82,639-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

KENNETH RAY POOL

